# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 25, 2016

### NO. 03-15-00459-CR

**George Harris, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM 427TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment of conviction signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction but that there was error requiring correction. Therefore, the Court modifies the trial court's judgment of conviction to reflect that enhancement paragraphs 9 and 10 of the indictment were used to enhance the offense: "Plea to 9th Enhancement Paragraph: True"; "Findings on 9th Enhancement Paragraph: True"; "Plea to 10th Enhancement/Habitual Paragraph: True"; and "Findings on 10th Enhancement/Habitual Paragraph: True." As so modified, the judgment of conviction is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.